Martorell Law APC
Eduardo Martorell (SBN: 240027)
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
P: 323-840-1200; F: 323-840-1300
Attorney for Plaintiff, Kerry Marshall

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kerry Marshall, Jr., p/k/a Kerry2Smooth and K2S <br><br> Plaintiff(s) <br> v. <br> Durrell Babbs, p/k/a Tank; Jeremy Hairston; Johnnie Newt; Rickey Offord, p/k/a Slikk, p/k/a Slikk Muzik: Atlantic Recording Co., et al. <br> Defendant(s) | CASE NUMBER: 2:18cv03822 DDP (AFMx) <br> CV- 03822-DDP-AFMx <br><br> **WRIT OF EXECUTION** |

**TO:**  THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On May 15, 2020 a judgment was entered in the above-entitled action in favor of:

Kerry Marshall, Jr.

as Judgment Creditor and against:

Jeremy Hairston

as Judgment Debtor, for:

$   45,089.00   Principal,
$        0.00   Attorney Fees,
$    7,359.88   Interest **, and
$   15,306.37   Costs, making a total amount of
$   67,755.25   **JUDGMENT AS ENTERED**

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California ,
to wit:

$ _____$835.34_____ accrued interest, and
$ _____0.00_____ accrued costs, making a total of
$ _____$835.34_____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____$68,590.59_____ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ _____$68,590.59_____ Is due on the judgment as entered and bears interest at 10 percent per annum, in the amount of $ 18.56 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

                                KIRY K. GRAY
                                CLERK, UNITED STATES DISTRICT COURT

Dated:  July 1, 2020            By: /s/ Sharon Hall Brown
                                        Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Jeremy Hairston
1210 Harvest Hill Ln
Lancaster, TX 75146
```

```
Rickey Offord
10208 Burgundy Dr.
Frisco, TX 75035
```

Dominique D. Calhoun, Esq.
Calhoun, Meredith, and Sims, PLLC
5444 Westheimer Road, Suite 1250
Houston, Texas 77056
*Counsel for Rickey Offord*

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**